

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00549-CV

Manuel Reyes **PEREZ ALVAREZ** and RHM Transport Group De RL MI,
Appellants

v.

Antonio **VILLARREAL**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2022CVA001356D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Because the motion to dismiss does not indicate that the parties agreed otherwise, costs of appeal are taxed against appellants. *See* TEX. R. APP. P. 42.1(d).

SIGNED January 29, 2025.

_____
Lori I. Valenzuela, Justice